Sonya MCINTYRE–HANDY,
Plaintiff—Appellant,

v.

APAC CUSTOMER SERVICES,
INCORPORATED, Defendant—
Appellee.

No. 05–1682.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 23, 2006.

Decided: Feb. 28, 2006.

Sonya McIntyre–Handy, Appellant Pro Se. Joseph P. Harkins, Littler Mendelson, P.C., Washington, D.C., for Appellee.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sonya McIntyre–Handy appeals the district court's order granting summary judgment in favor of APAC Customer Services, Inc. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McIntyre–Handy v. APAC Customer Servs., Inc.,* No. CA–04–83–4 (E.D.Va. May 13, 2005). We deny McIntyre–Handy's motions for sanctions and for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*